83,064-02

DEAR CLERK

THE APPELATE IS NOW FREE OUT OF JAIL
AN NOW hAVE A NEW AddRESS 2820
CLEMENTINE St HOUSTON TEX 77026 APPELATE
IS WRITEING CONCERNING CAUSE NO#
TR.CT. NO# 50 5112 — W.R. 064-02

Thanks You
Thomas Smith

Sept 28-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 05 2015

Abel Acosta, Clerk